The Honorable _____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA T. BLIXSETH and JTB, LLC,<br><br>Defendants. | No. _____<br><br>**DECLARATION OF ATHANASIOS BASDEKIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

ATHANASIOS BASDEKIS declares as follows:

1. I am an attorney admitted to practice in the Bars of the States of New York, Virginia, Maryland, and West Virginia and the District of Columbia.

2. I am a partner in the firm of Bailey & Glasser, LLP, which has represented the Yellowstone Club Liquidating Trust (the "Trust") since late 2009.

3. I have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify to the facts stated herein.

4. By order dated June 2, 2009 (the "Confirmation Order"), the United States Bankruptcy Court for the District of Montana (the "Montana Bankruptcy Court") confirmed the

DECLARATION OF ATHANASIOS BASDEKIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – 1

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

Third Amended Joint Chapter 11 Plan (the "Confirmed Plan") of Yellowstone Mountain Club, LLC and its affiliated debtors (the "Debtors"). A copy of the Confirmation Order and Confirmed Plan (without Exhibits and Schedules) are attached hereto as Exhibits A and B, respectively.

5. The Trust was formed pursuant to the Confirmed Plan.

6. Since its formation in or about June 2009, the Trust has actively litigated a variety of causes of action against Timothy L. Blixseth and various entities he owns and controls.

7. Among the causes of action the Trust either succeeded to pursuant to the Confirmed Plan or commenced thereafter as contemplated in the Confirmed Plan were the following adversary proceedings before the Montana Bankruptcy Court:

   a. An adversary proceeding styled Blixseth v. Kirschner (In re Yellowstone Mountain Club, LLC), Chapter 11 Case No. 08-61570-11, Adv. Proc. No. 09-00014 (Bankr. D. Mont.) (the "Blixseth Fraudulent Transfer Action"), alleging, among other counterclaims, fraudulent transfer claims against Mr. Blixseth under Sections 544, 548, and 550 of the United States Bankruptcy Code and the Montana Uniform Fraudulent Transfer Act;

   b. An adversary proceeding styled Kirschner v. Tamarindo, LLC (In re Yellowstone Mountain Club, LLC), Chapter 11 Case No. 08-61570-11, Adv. Proc. No. 09-00064 (hereinafter referred to as the "Tamarindo Fraudulent Transfer Action"), alleging fraudulent transfer claims against Tamarindo, LLC and Mr. Blixseth under Sections 544, 548, and 550 of the Bankruptcy Code and the Montana Uniform Fraudulent Transfer Law; and

   c. An adversary proceeding styled Kirschner v. Desert Ranch LLLP (In re Yellowstone Mountain Club, LLC), Chapter 11 Case No. 08-61570-11, Adv. Proc. No. 10-00015 (hereinafter referred to as the "Desert Ranch Fraudulent Transfer Action"), alleging fraudulent transfer claims against Desert Ranch LLLP under Sections 544, 548, and 550 of the Bankruptcy Code and the Montana Uniform Fraudulent Transfer Law.

DECLARATION OF ATHANASIOS BASDEKIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – 2

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

8. On August 16, 2010, after fourteen days of trial during which it heard more than two dozen witnesses testify and admitted hundreds of documents into evidence, the Montana Bankruptcy Court entered a 135-page Memorandum of Decision in the Blixseth Fraudulent Transfer Action finding against Mr. Blixseth on, among other counterclaims, the Trust's fraudulent transfer claims under Sections 544(b), 548, and 550 of the Bankruptcy Code. The opinion and judgment of the Montana Bankruptcy Court is published at 436 B.R. 598.

9. Jessica T. Blixseth was present at times in the courtroom during the aforementioned trial, as well as at other hearings in other litigation between the Trust and Mr. Blixseth.

10. The Montana Bankruptcy Court entered its Final Judgment (the "Montana Judgment") against Mr. Blixseth on December 5, 2012 in the amount of $40,992,210.81. A copy of the Montana Judgment is attached hereto as Exhibit C.

11. The Desert Ranch Fraudulent Transfer Action remains pending before the Montana Bankruptcy Court.

12. A copy of the Complaint initiating the Desert Ranch Fraudulent Transfer Action is attached hereto as Exhibit D.

13. Upon information and belief and as alleged in the Desert Ranch Fraudulent Transfer Action, the assets Mr. Blixseth transferred to Desert Ranch included all his direct or indirect ownership interests in an entity, and/or the assets of that entity, known as Western Air & Water, LLC, an Oregon limited liability corporation formerly known as Western Aviation and Marine, which purportedly owned and, upon information and belief, still owns, among other things, a 156-foot yacht known as "The Piano Bar," collectively the subjects of this fraudulent transfer action. *See* Exhibit D at ¶ 17.e.

14. The Tamarindo Fraudulent Transfer Action remains pending, although the United States District Court for the District of Montana (the "Montana District Court"), after withdrawing

DECLARATION OF ATHANASIOS BASDEKIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – 3

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

the reference of the Tamarindo Fraudulent Transfer Action, entered an order dated February 3, 2014 (the "Contempt Order") awarding judgment to the Trust upon the fraudulent transfer claims alleged in the Complaint as a contempt sanction.  Copies of the Complaint initiating the Tamarindo Fraudulent Transfer Action and the Montana District Court's Contempt Order are attached hereto as Exhibits E and F.

15. After filing the Tamarindo and Desert Ranch Fraudulent Transfer Actions, the Trust separately moved in each adversary proceeding for entry of preliminary injunctions preventing Mr. Blixseth from further transferring the assets subject to those fraudulent transfer actions.

16. Shortly after the filing of the first such motion in the Tamarindo Fraudulent Transfer Action, Mr. Blixseth entered into a number of stipulated orders, agreeing not to transfer the Tamarindo assets.  A copy of the final stipulated order (the "Tamarindo Injunction") is attached hereto as Exhibit G.

17. Because of the existence of the Tamarindo Injunction, the Montana Bankruptcy Court subsequently denied the Trust's requested injunctive relief in the Desert Ranch Fraudulent Transfer Action.  A copy of the Montana Bankruptcy Court's Memorandum of Decision denying the Trust's preliminary injunction motion in the Desert Ranch Fraudulent Transfer Action is attached hereto as Exhibit H.

18. In the summer of 2013, the Trust discovered that Mr. Blixseth had sold the property subject to the Tamarindo Injunction.

19. Thereafter, the Trust moved on October 23, 2013 in the Tamarindo Fraudulent Transfer Action for entry of an order holding Mr. Blixseth in contempt for violating the Tamarindo Injunction.

20. Separately, on November 22, 2013, the Trust also moved for entry of a new preliminary injunction in the Desert Ranch Fraudulent Transfer Action.

DECLARATION OF ATHANASIOS BASDEKIS
IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION – 4

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

21. During the discovery relating to the Trust's contempt and preliminary injunction motions, Mr. Blixseth testified under oath in a deposition conducted on December 10, 2013 regarding the status of his properties and assets, including those held by Desert Ranch or its affiliates, and testified therein that Desert Ranch had transferred Western Air & Water to his wife, Defendant Jessica T. Blixseth. A copy of the transcript of the deposition is attached hereto as Exhibit I.

22. Documents filed with the Secretary of State of the State of Oregon, the state of organization of Western Air & Water, discloses that (a) the membership interests in Western Air & Water were ultimately transferred to Defendant JTB, LLC and (b) Defendant Jessica T. Blixseth became the sole manager of Western Air & Water. Copies of the Oregon Secretary of State's website page for Western Air & Water and the publicly available documents thereon are attached hereto as Exhibit J.

23. On December 13, 2013, the Montana Bankruptcy Court entered a memorandum and order granting the Trust's motion for a new preliminary injunction (the "Desert Ranch Injunction Decision") and entered an asset-freeze injunction (the "Desert Ranch Injunction") in the Desert Ranch Fraudulent Transfer Action barring Desert Ranch and Mr. Blixseth from transferring or otherwise disposing of any of their assets with a value in excess of $5,000 without obtaining the prior approval of the Montana Bankruptcy Court until the Desert Ranch Fraudulent Transfer Action is resolved or Mr. Blixseth either fully satisfies or bonds the Montana Judgment. Copies of the Desert Ranch Injunction Decision and the Desert Ranch Injunction are attached hereto as Exhibits K and L, respectively.

24. Separately, on December 23, 2013, the Montana District Court held an evidentiary hearing upon the Trust's motion to hold Mr. Blixseth in contempt in the Tamarindo Fraudulent Transfer Action. A copy of the hearing transcript is attached hereto as Exhibit M.

DECLARATION OF ATHANASIOS BASDEKIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – 5

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

25. On February 3, 2014, the Montana District Court entered a written memorandum and order finding Mr. Blixseth in contempt and imposing sanctions therefor (the "Contempt Order"). A copy of the Contempt Order is attached hereto as Exhibit F.

26. Mr. Blixseth appealed the Montana Judgment, the Contempt Order, and the Desert Ranch Injunction. On October 9, 2014, the United States Court of Appeals for the Ninth Circuit issued a six-page Memorandum (not for publication) affirming the Contempt Order. A copy of its Memorandum is attached hereto as Exhibit N. The two other appeals remain pending before the United States Court of Appeals for the Ninth Circuit.

27. In addition to the three adversary proceedings before the Montana courts, the Trust also commenced an action against Mr. Blixseth in the United States District Court for the Central District of California (the "California District Court") to recover upon claims relating to promissory notes Mr. Blixseth executed in connection with the transfer of the Debtors' cash to himself.

28. On June 24, 2014, the California District Court entered a Final Judgment (the "California Judgment") against Mr. Blixseth in the approximate amount of $210 million. A copy of the California Judgment is attached hereto as Exhibit O.

29. Mr. Blixseth has appealed the California Judgment as well. That appeal also remains pending before the United States Court of Appeals for the Ninth Circuit.

30. Neither the Montana Judgment nor the California Judgment is the subject of a stay.

31. The Trust has commenced and undertaken a variety of actions to execute on and collect its Montana Judgment in Montana, Nevada, and New York. To date, the Trust has not

DECLARATION OF ATHANASIOS BASDEKIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – 6

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

discovered any significant assets that are available to satisfy the Montana Judgment, much less the subsequent and much larger California Judgment.

Dated this 10th day of October 2014.

_____
Athanasios Basdekis

DECLARATION OF ATHANASIOS BASDEKIS
IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION – 7

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700