The Honorable _____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA T. BLIXSETH and JTB, LLC,<br><br>Defendants. | No. _____<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER** |

Upon consideration of the Motion of Plaintiff Brian A. Glasser, as Trustee of the Yellowstone Liquidating Trust (the "Trust"), for a temporary restraining order barring the Defendants and others from transferring the property that is the subject of this action and the Verified Complaint in this action; and it appearing that the provision of immediate injunctive relief is authorized under applicable law and necessary and appropriate to prevent the Defendants, Timothy L. Blixseth, and their agents and other representatives from disposing of the property and assets that are the subject of this action before the Court can consider entry of a preliminary injunction in order to preserve this Court's ability to afford effective relief and prevent irreparable injury to the Plaintiff, it is

ORDERED that Jessica T. Blixseth, JTB, LLC, Timothy L. Blixseth, and any of their agents, servants, employees, independent contractors, attorneys, representatives, affiliates, and those persons

TEMPORARY RESTRAINING ORDER – 1

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

or entities in active concert or participation with them be, and they hereby are, enjoined from directly or indirectly (a) transferring, concealing, disposing of, assigning, hypothecating, encumbering, or otherwise dissipating the membership interests in, or any remaining assets of, Western Air & Water, LLC, by whomsoever held, including, without limitation, the yacht known as "The Piano Bar," and any and all proceeds, products, offspring, rents, or profits of such membership interests or assets (the "Subject Assets"), (b) merging, consolidating, reorganizing, dissolving, liquidating, or changing in any way the structure or ownership of Western Air & Water, LLC, or (c) causing any entity owned or controlled by or affiliated with any of them, including any corporation, limited liability company, limited partnership, or trust, to transfer, conceal, dispose of, assign, hypothecate, encumber, or otherwise dissipate the Subject Assets or merge, consolidate, reorganize, dissolve, liquidate, or change in any way the structure or ownership of Western Air & Water, LLC, pending further order of this Court;

ORDERED that Defendants Jessica T. Blixseth and JTB, LLC shall, within ten days after service of this Order upon them, produce to the Plaintiff an itemized list of the Subject Assets and complete and unredacted copies of any and all documents evidencing the present ownership of the Subject Assets, including any and all documents evidencing their acquisition of the Subject Assets and current title or other recorded documents evidencing the ownership of "The Piano Bar" yacht;

ORDERED that this temporary restraining order shall expire at midnight on the date that is fourteen days from the date hereof, unless further extended by the Court within such fourteen day period.

Dated this _____ day of October 2014 at ___:___ __.m.

_____
UNITED STATES DISTRICT JUDGE

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

TEMPORARY RESTRAINING ORDER – 2

Presented By:

By: s/ L. Grant Foster
L. Grant Foster #18903
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
E-mail: gfoster@hollandhart.com

Marc R. Weintraub
Kevin W. Barrett (*pro hac vice application forthcoming*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
mweintraub@baileyglasser.com
kbarrett@baileyglasser.com

*Attorneys for Brian A. Glasser,*
*Trustee of The Yellowstone Club Liquidating Trust*

TEMPORARY RESTRAINING ORDER – 3

L. Grant Foster
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700