HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v<br><br>JESSICA T. BLIXSETH, individually; the marital community of JESSICA T. BLIXSETH and TIMOTHY L. BLIXSETH; JTB, LLC, a Washington limited liability company; CHERRILL B. FERGUSON, individually; and the marital community of CHERRILL B. FERGUSON and JOHN DOE FERGUSON,<br><br>Defendants. | Case No. 2:14-cv-01576-RAJ<br><br>**JUDGMENT**<br><br>[~~PROPOSED~~] |

This action was tried by a jury before Judge Richard A. Jones.  On October 12, 2016, the jury returned a special verdict at the conclusion of trial.  Dkt # 282.  The Jury found that Timothy Blixseth transferred Kawish LLC and Western Air & Water LLC to Desert Ranch LLLP with actual intent to hinder, delay or defraud creditors.  *Id.*  It also found that Timothy Blixseth caused Desert Ranch LLLP to transfer Kawish LLC and Western Air & Water LLC, along with those entities' assets, to JTB, LLC and/or Jessica Blixseth.  *Id.*  Jessica Blixseth was found to have accepted those transfers with actual intent to hinder, defraud or delay

creditors. *Id.* The Jury found that at the time of transfer, Western Air & Water had a value of $4,069,321 and Kawish had a value of $5,286,901. *Id.*

The Jury found that the marital community of Jessica and Timothy Blixseth was also liable for the actions of Jessica Blixseth and/or Timothy Blixseth. *Id.*

Defendant Cherrill Ferguson was found to have received the transfer of $600,000 from the proceeds of the sale of Piano Bar. *Id.* She was found to have received that transfer in good faith, but not for reasonably equivalent value. *Id.*

Accordingly, based on these verdicts, the Court finds Defendants Jessica Blixseth, now known as Jessica Elizabeth Ferguson, individually; the marital community of Jessica and Timothy Blixseth; and JTB, LLC, are jointly and severally liable in the amount of $9,356,222 for the fraudulent transfers of Kawish LLC and Western Air & Water LLC to JTB, LLC and/or Jessica Blixseth.

The Court further finds that Defendant Cherrill Ferguson, and the marital community of Cherrill and John Doe Ferguson, are liable for receiving the fraudulent transfer of $600,000 in cash.

Therefore, it is Ordered, Adjudged and Decreed that a joint-and-several judgment is hereby entered in favor of the Plaintiff, Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust and against Defendant Jessica Blixseth now known as Jessica Elizabeth Ferguson, individually; against Defendant the marital community of Jessica and Timothy Blixseth; and against Defendant JTB, LLC in the amount of $9,356,222, plus post-judgment interest at the federal rate.

It is further Ordered, Adjudged and Decreed that a joint-and-several judgment is hereby entered in favor of the Plaintiff, Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust and against Defendant Cherrill Ferguson, individually, and the marital

1  community of Cherrill and John Doe Ferguson, in the amount of $600,000 plus post-judgment

2  interest at the federal rate.

3        Dated this 20th day of October 2016

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

**JUDGMENT [PROPOSED]**     **- 3**
Cause No: 2:14-CV-01576-RAJ