HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,

           Plaintiff,

  v.

JESSICA T. BLIXSETH, individually; the marital community of JESSICA T. BLIXSETH and TIMOTHY L. BLIXSETH; JTB, LLC, a Washington limited liability company; CHERRILL B. FERGUSON, individually; and the marital community of CHERRILL B. FERGUSON and JOHN DOE FERGUSON,

           Defendants.

Case No. 2:14-cv-01576-RAJ

AMENDMENT TO JUDGMENT

     Upon plaintiff's motion to reduce the judgment previously entered in this case [Doc 292]; and it appearing that plaintiff and defendants have agreed that the amount of the judgment therein should be reduced; and due notice and sufficient cause appearing therefor, it is:

     ORDERED, ADJUGED, AND DECREED that the joint and several judgment entered in favor of the Plaintiff, Brian A. Glasser, as Trustee of the Yellowstone Club

AMENDMENT TO JUDGMENT - 1
Case No. 2:14-cv-01576-RAJ

LAW OFFICES OF
**WILLIAM A. KINSEL, PLLC**
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

1  Liquidating Trust at Docket 292, and against Defendant Jessica Blixseth, now known
2  as Jessica Elizabeth Ferguson, individually; against Defendant the marital community
3  of Jessica and Timothy Blixseth; and against Defendant JTB, LLC; in the original
4  amount of $9,356,222 is hereby reduced to $1,950,000; and it is further

5  ORDERED, ADJUDGED, AND DECREED that the immediately preceding
6  decretal paragraph amends to the extent inconsistent the decretal paragraph of the
7  judgment previously entered in this case [Doc 292] (comprising p. 2, line 9 through
8  line 13, and line 17 through line 23); and it is further

9  ORDERED, ADJUDGED, AND DECREED that this judgment shall amend but
10 shall not supersede the judgment previously entered in this case [Doc 292].

11 DATED this 4th day of January, 2017.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

AMENDMENT TO JUDGMENT - 2
Case No. 2:14-cv-01576-RAJ

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148