HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA T. BLIXSETH, individually; the marital community of JESSICA T. BLIXSETH and TIMOTHY L. BLIXSETH; JTB, LLC, a Washington limited liability company; CHERRILL B. FERGUSON, individually; and the marital community of CHERRILL B. FERGUSON and JOHN DOE FERGUSON,<br><br>Defendants. | Case No. 2:14-cv-01576-RAJ<br><br>**SATISFACTION OF JUDGMENT**<br><br>CLERK'S ACTION REQUIRED |

The Clerk is instructed to enter a Full Satisfaction of Judgment as follows.

Judgment Creditor:  BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST

Judgment Debtors:  JESSICA T. BLIXSETH, individually; the marital community of JESSICA T. BLIXSETH and TIMOTHY L. BLIXSETH; JTB, LLC, a Washington limited liability company; CHERRILL B. FERGUSON,

SATISFACTION OF JUDGMENT  - 1
Case No. 2:14-cv-01576-RAJ

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

individually; and the marital community of CHERRILL B. FERGUSON and JOHN DOE FERGUSON

William A. Kinsel, of Kinsel Law Offices, PLLC, as attorney for the Judgment Creditor, acknowledges receipt of payment in full of the judgment, including interest and costs, as entered against the above-identified Judgment Debtors on October 20, 2016, at Document 292, and as later amended by stipulation of the parties in the Amendment to Judgment entered on January 4, 2017, at Document 311. The Judgment Creditor hereby authorizes the Clerk of the above-entitled Court to enter a full satisfaction of judgment.

Amount or Type of Satisfaction: Payment in Full.

DATED this 6th day of January, 2017.

KINSEL LAW OFFICES

_____
William A. Kinsel, WSBA #18077
Attorney for Plaintiff Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

I certify that I know or have satisfactory evidence that WILLIAM A. KINSEL, as attorney for the judgment creditor, signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 1-6-17

_____
Notary Public in and for the State of Washington
Residing at Yarrow PT, WA
My Commission Expires: 2-20-20

**LORI J. PETERS**
STATE OF WASHINGTON
**NOTARY PUBLIC**
MY COMMISSION EXPIRES
02-20-20

SATISFACTION OF JUDGMENT   - 2
Case No. 2:14-cv-01576-RAJ

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

# CERTIFICATE OF SERVICE

I, Ashley Stalwick, declare as follows:

1. I am a citizen of the United States, over the age of 21 years, and I am not party to the above-entitled action. I am competent to be a witness.

2. I certify that on the 6th day of January, 2017, I electronically filed, or caused to be filed, the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Paul E. Brain on behalf of defendants:** pbrain@paulbrainlaw.com

3. I certify that I have mailed by United States Postal Service the document the following non CM/ECF participants

[none]

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of January, 2017, at Seattle, Washington.

/s/ Ashley Stalwick
Assistant to William A. Kinsel,
wak@kinsellaw.com

SATISFACTION OF JUDGMENT   - 3
Case No. 2:14-cv-01576-RAJ

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148